IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN R. SMITH**                                                                                          **PLAINTIFF**

**V.**                                                  **4:23CV1196 JM**

**BRENTON R. WOOD, et al,**                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 10th day of April, 2025.

_____
James M. Moody Jr
United States District